No. 80-5586. HILL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80-5600. FARBER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80-5608. SANDERS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80-5613. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80-5615. FARMER v. BORDENKIRCHER, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 80-5638. ANYAMELE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80-5707. POARCH v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 80-5764. POPE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80-5779. CIRAOLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80-5783. WATKINS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 80-5785. WOOD v. WAINWRIGHT. C. A. 5th Cir. Certiorari denied.

No. 80-5787. WILSON v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY. C. A. 6th Cir. Certiorari denied.

No. 80-5789. SCHLEMM v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.